UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                         Case No. 3:22-cr-42

vs.

RODNEY S. KOSAK,                      District Judge Michael J. Newman

    Defendant.

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 25)**

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Rodney S. Kosak's guilty plea. Doc. No. 25. There being no objections, the Court **ADOPTS** the report and recommendation in full. The Court accepts Defendant's plea of guilty to count one of the indictment currently pending against him and finds him guilty as charged of knowing and intentional possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine within 1000 feet of an elementary school, in violation of 21 U.S.C. §§ 841(a)(1) and 860. Doc. No. 16. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **January 17, 2023 at 2:00 PM**.

    **IT IS SO ORDERED.**

    November 14, 2022                           s/Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                United States District Judge